IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:06-CR-102 |
| | ) | (Varlan / Guyton) |
| V. | ) | |
| | ) | |
| GRAY Y. JORDAN and | ) | |
| JULIA C. NEWMAN, | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM AND ORDER

All pre-trial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This cause is before the Court on Julia Newman's Response in Opposition [Doc. 194], adopted by Gray Y. Jordan. That motion is directed to the United States' Motion to Dismiss [Doc. 193]. The government has filed a Response to Ms Newman and Mr. Jordan's objections at [Doc. 196].

These matters were previously scheduled for hearing before this Court. The Court concludes, however, that a hearing is unnecessary to the disposition of the issues raised by these filings. Accordingly, the hearing set for August 23, 2007, at 2:00 p.m. is cancelled. The government, Julia Newman and Gray Y. Jordan may submit material in supplement through August 23, 2007, should they wish the Court to consider any additional authority on the subjects raised by the Response in Opposition [Doc. 194] and the Response [Doc. 196].

**IT IS SO ORDERED.**

      s/ H. Bruce Guyton
United States Magistrate Judge