IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:06-CR-102 |
| | ) | (Phillips / Guyton) |
| V. | ) | |
| | ) | |
| GRAY Y. JORDAN and | ) | |
| JULIA C. NEWMAN, | ) | |
| | ) | |
| Defendants | ) | |

## MEMORANDUM AND ORDER

The United States District Court has entered a Memorandum and Order [Doc. 200]dispositive of the United States' Motion to Dismiss [Doc. 193]; and Defendants' Response in Opposition [Doc. 194]. Accordingly, the undersigned's Memorandum and Order of August 22, 2007, **[Doc. 199]** is moot and therefore **VACATED**.

**IT IS SO ORDERED.**

ENTER:

 s/ H. Bruce Guyton
United States Magistrate Judge

1